**EXHIBIT 1:** PHOTOGRAPH# 1

