**EXHIBIT 2:** INFRINGEMENT# 1 - URL:
https://www.instagram.com/p/BtbdXZRBNFi/?utm_source=ig_embed

