**SANDERS LAW GROUP**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
File No.: 121958
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Integral Images, Inc., | Case No: 2:21-cv-05470-ODW-JEM |
| Plaintiff, | |
| v. | |
| Dua Lipa, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: September 30, 2021

                                              **SANDERS LAW GROUP**

                                              By:   */s/ Craig B. Sanders*
                                              Craig B. Sanders, Esq.
                                              100 Garden City Plaza, Suite 500
                                              Garden City, NY 11530
                                              Tel: (516) 203-7600
                                              Email: csanders@sanderslaw.group
                                              File No.: 121958
                                              *Attorneys for Plaintiff*